

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **COREGIS INSURANCE COMPANY** | : | **DOCKET NO. 06cv353** |
| VS. | : | **JUDGE MINALDI** |
| TANYA GUILLLORY, ET AL. | : | **MAGISTRATE JUDGE WILSON** |

### JUDGMENT

In accordance with the Memorandum Ruling, for the reasons stated therein, IT IS ORDERED that the Motion for Summary Judgment [doc. 17] filed by Coregis Insurance Company is DENIED.

IT IS FURTHER ORDERED that if Coregis Insurance Company is unable to introduce evidence that Guillory or Benoit have been charged with a crime within 30 days of the signing of this judgment, Coregis's claims will be dismissed with prejudice and this matter will be closed.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 31 day of July, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT