U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

AUG 2 3 2007

ROBERT H. SHEMWELL, CLERK
BY _____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **COREGIS INSURANCE COMPANY** | : | **DOCKET NO. 2:06 cv 0353** |
| **VS.** | : | **JUDGE MINALDI** |
| **TANYA GUILLORY, JODY BENOIT, JOHN DOE, ON BEHALF OF THE MINOR CHILD, JANE DOE, AND ALLEN PARISH SCHOOL BOARD** | : | **MAGISTRATE JUDGE WILSON** |

## ORDER

IT IS ORDERED that Jane Doe's Motion to Dismiss [doc. 20] IS DENIED for the reasons fully discussed by the court in the Memorandum Ruling dated July 31, 2007.

Lake Charles, Louisiana, this _26_ day of August, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE