U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

JUL 24 2008

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **COREGIS INSURANCE COMPANY** | : | **DOCKET NO. 06cv353** |
| VS. | : | JUDGE MINALDI |
| TANYA GUILLLORY, ET AL. | : | MAGISTRATE JUDGE KAY |

### ORDER

In accordance with the Fifth Circuit's instructions in its June 6, 2008 Ruling, which vacated and remanded this Court's dismissal of Coregis Insurance Company's duty-to-indemnify claim under the Declaratory Judgment Act,

IT IS ORDERED that this case is hereby DISMISSED without prejudice until the underlying state court action is resolved.

Lake Charles, Louisiana, this _21_ day of _July_, 2008.

                                        _____
                                        PATRICIA MINALDI
                                        UNITED STATES DISTRICT COURT